# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRY CREEK RANCHERIA OF MAIDU INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH HOWARD, also known as Deborah Brown, et al.,<br><br>Defendants. | No. 2:20-CV-2109-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Due to the ongoing closure of the courthouses in the Eastern District of California to the public, the parties shall appear telephonically for the hearing on Plaintiff's motion for default judgment, ECF No. 12, set for June 2, 2021, at 10:00 a.m., before the undersigned in Redding, California. The parties shall arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: May 26, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1