1
2
3
4
5
6
7
8             **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11    BERRY CREEK RANCHERIA OF              No.  2:20-CV-2109-JAM-DMC-P
      MAIDU INDIANS OF CALIFORNIA,
12
              Plaintiff,
13                                          ORDER
          v.
14
      DEBORAH HOWARD, also known as
15    Deborah Brown, et al.,

16            Defendants.

17

18          Plaintiff, who is proceeding with retained counsel, brings this civil action.  The

19    matter is set for an in-person hearing before the undersigned in Redding, California, on July 8,

20    2021, at 1:30 p.m., to allow the Court to take the testimony of Plaintiff's forensic accounting

21    expert, Mr. Macias, and such other testimony or evidence as the Plaintiff may elect to offer in

22    support of the pending Motion for Default Judgment.

23          IT IS SO ORDERED.

24

25    Dated:  June 29, 2021

26                                          _____
                                            DENNIS M. COTA
27                                          UNITED STATES MAGISTRATE JUDGE

28

                                            1