# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRY CREEK RANCHERIA OF MAIDU INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH HOWARD, also known as Deborah Brown, et al.,<br><br>Defendants. | No. 2:20-CV-2109-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 6, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 6, 2022, are adopted in full;

2. Plaintiff's motion, ECF No. 12, for a default judgment is granted;

3. Plaintiff is awarded $8,816,976.81 in damages;

4. Plaintiff is awarded an additional $1,612.64 in costs; and

5. Plaintiff is awarded pre- and post-judgment interest at a rate of 7% in an amount to be determined following submission of a declaration by Plaintiff, which is due within 30 days of the date of this order; and

6. Upon submission of Plaintiff's declaration and ruling thereon, the Court will issue final judgment.

Dated: February 11, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE